IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ANTHONY CAMPBELL**                                                                                               **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 3:19-cv-15-NBB-JMV**

**ALLSTATE INSURANCE COMPANY**                                          **DEFENDANT**

## ORDER

This matter is before the court on the joint oral motion of the parties to amend the case management order. The court, having considered the motion and being advised that it is unopposed, finds that it is well taken and should be granted, and that it is hereby granted. Amendment of pleadings and joinder of parties shall be completed by May 24, 2019.

SO ORDERED this, the 17th day of April 2019.

                                                         s/ Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**